# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN JOSEPH LIPTOK, et al.,** | : | No. 3:15cv156 |
| Plaintiffs | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Carlson) |
| **BANK OF AMERICA,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 16th day of November 2016, it is **HEREBY ORDERED** as follows:

1. Plaintiffs' objections to the Report and Recommendation (hereinafter "R&R") (Doc. 82) are **OVERRULED**;

2. The R&R of Chief Magistrate Judge Carlson (Doc. 81) is **ADOPTED**;

3. Plaintiffs' motion to dismiss defendant's motion for summary judgment (Doc. 78) is **DENIED**;

4. Defendant's motion for summary judgment (Doc. 69) is **GRANTED**;

5. The Clerk of Court is directed to enter judgment in favor of Defendant; and

6. The Clerk of Court is further directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**